UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

YOHONIA MONIQUE MARTIN,

    Plaintiff,

    v.

J AND G LIQUORS,

    Defendant.

Case No. 16-cv-01358-JCS

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

On March 23, 2016, the Court dismissed Plaintiff's complaint pursuant to 28 U.S.C. § 1915 on the basis that Plaintiff has not established the existence of federal jurisdiction in this case. The Court granted leave to file an amended complaint within thirty days. The deadline to file an amended complaint has passed and therefore, the Court DISMISSES this case without prejudice. The Clerk is instructed to enter judgment reflecting that the case has been dismissed without prejudice and close the file.

**IT IS SO ORDERED.**

Dated: April 27, 2016

                JOSEPH C. SPERO
                Chief Magistrate Judge